OPINION — AG — THE BOARDS OF COUNTY COMMISSIONERS MUST APPROPRIATE AND THE COUNTY TREASURERS MUST APPORTION THE ALCOHOLIC BEVERAGE EXCISE TAX, IN ACCORDANCE WITH 37 O.S.H. 563, TO ALL INCORPORATED CITIES AND TOWNS IN THE COUNTY WHICH APPEAR IN THE 1960 FEDERAL DECENNIAL CENSUS, INCLUDING THE TOWN OF COLCORD. CITE: 37 O.S.H. 501-567/ HOUSE BILL NO. 825, OPINION NO. AUGUST 28, 1959 0 COUNTY ATTORNEY DELWARE COUNTY (L. G. HYDEN)